PETER MOLLER, JR., et al., as Executors, etc., Respondents, *v.*
JOSEPH W. DURYEE et al., as Executors, etc., Appellants.

(Argued October 15, 1886 ; decided November 23, 1886.)

*Carlisle Norwood, Jr.,* for appellants.

*William Man* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

PETER MOLLER, JR., et al., as Executors, etc, Respondents, *v.*
JOSEPH W. DURYEE et al., as Executors, etc., Appellants.

(Argued October 15, 1886; decided November 23, 1886.)

*Carlisle Norwood, Jr.,* for appellants.

*William Man* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.